■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN BROWN, Appellant.—Judgment, Supreme Court, New York County, rendered on June 15, 1976, unanimously affirmed. Application by the appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738;

*People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Sullivan, JJ.